IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT MARVIN LOPEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PELICAN BAY STATE PRISON, et al.,<br><br>　　　　Defendants. | No. C 11-05736 SBA (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

　　　Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. Plaintiff filed a completed in forma pauperis application; however, he failed to complete the application and he did not file copies of his certificate of funds and prisoner trust account statement. On November 30, 2011, the Court notified Plaintiff that his in forma pauperis application was deficient due to the failure to complete it in its entirety and to include a signed certificate of funds and a prisoner trust account statement for the previous six months. The Court informed him that his action could not go forward until he filed the necessary documents within thirty days, and that his failure to do so would result in dismissal of this action. More than thirty days have passed and Plaintiff has not submitted a signed certificate of funds and a prisoner trust account statement.

　　　Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Plaintiff's in forma pauperis application is DENIED as incomplete. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case. The Clerk of the Court shall close the file.

　　　IT IS SO ORDERED.

DATED:　1/19/12

　　　　　　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\SBA\CR.11\Lopez5736.DISIFP.frm

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  MR VINCENT MA,  Case Number: CV11-05736 SBA

5          Plaintiff,  **CERTIFICATE OF SERVICE**

6    v.

7  PELICAN BAY STATE PRISON et al,

8          Defendant.
                                 /

9
10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11  That on January 23, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12  envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

13

14

15  Vincent Marvin Lopez T-91227
    San Quentin State Prison
16  San Quentin, CA 94974

17  Dated: January 23, 2012

                               Richard W. Wieking, Clerk
18                                By: LISA R CLARK, Deputy Clerk

19
20
21
22
23
24
25
26
27
28

G:\PRO-SE\SBA\CR.11\Lopez5736.DISIFP.frm         2